

# U.S. District Court

## Florida Southern - Fort Lauderdale

Receipt Date: Jul 14, 2023 4:16PM

Maurice Symonette

Rcpt. No: 17100         Trans. Date: Jul 14, 2023 4:16PM         Cashier ID: #EB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CA | Cash | | $402.00 |

|  | Total Due Prior to Payment: | $402.00 |
|--|------------------------------|---------|
|  | Total Tendered: | $402.00 |
|  | Total Cash Received: | $402.00 |
|  | Cash Change Amount: | $0.00 |

**Comments**: Filing Fees for new case# 23-CV-61345 Wells et al v. U.S. Bank, National Association et al

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.