# COURT US DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**US, BANK, NATIONAT ASSOCIATION AS TRUSTEE FOR RASC 2005 AHL3, PLAINTIFF**

FILED BY _____ D.C.
AUG - 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE: 1:23-22640-JEM

State 2018-61928-CA01

**V.**

**MACK WELLS** + Maurice Symonette
**DEFENDANTS**

**EMERGENCY MOTION TO STOP FORECLOSURE SALE OR STAY THE SALE BECAUSE THE CASE HAS BEEN MOVED TO FEDERAL COURT** and the County Court has the Notice of Removal, yet they're moving Forward to Foreclose when it's removed. And Emergency Hearing to Prove Standing

_____
Mack Wells

_____
**MAURICE SYMONETTE**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**