(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 23-CV-22640-JEM

US BANK NATIONAL Association AS
TRUSTEE FOR RASC 2005 AHL3, MERS FRANKLYN ET, AL

**Plaintiff(s)**

v.

MACK WELLS AND MAURICE SYMONETTE

_____

_____

**Defendant(s)**

FILED BY _____ D.C.

OCT 12 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF Filing

**(TITLE OF DOCUMENT)**

I, MAURICE SYMONETTE  plaintiff or defendant, in the above styled cause,
In Compliance with 28 USC SS 1446(d)

Service list and Written Notice of Adverse PARTIES

NOTICE of Filing

(Rev. 10/2002) General Document

**Certificate of Service**

I _Maurice SymoNETTE_, certify that on this date _10/13/2023_ a true copy of the foregoing document was mailed to: _BROCK & SCOTT AHorNEy for_

name(s) and address(es)

_Plaintiff  2001 NW 64th St, Suite 130 Ft. Lauderdale, FL 33309_

By:

_MAURice Symonette PRO se_
Printed or typed name of Filer

_Maureo S_
Signature of Filer

_BigBoss1043@YAHoo.com_
E-mail address

Florida Bar Number

_786 859 9421_
Phone Number

Facsimile Number

_15020 S. RIVER DR_
Street Address

_Miami FL, 33167_
City, State, Zip Code