# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

MACK WELLS and

MAURICE SYMONETTE

CASE: 23-CV-22640-JEM

VS

U.S. Bank, National Association
As Trustee for FASC 2005 AHL3



FILED BY _____ D.C.

MAY 07 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## EMERGENCY MOTION TO VOID FORECLOSURE SALE IN VIOLATION FOR SANCTIONS AGAINST U.S. BANK FOR VIOLATING  FEDERAL STAY AND WILLFULL CONTEMPT IN VIOLATION OF 28 U.S.CODE SS 1446 (d) AND

## TO VOID SALE BECAUSE OF FORGERY AND FRAUD

COMES NOW, Defendant, MACK LEWIS WELLS, JR., and MAURICE SYMONETTE, The foreclosure

sale was scheduled for Oct. 16, 2023. Prior to the conduct of the sale, the Defendants entered

into the record here, on two occasions, a notice of removal of this action to the federal court

which was previously filed in the federal court on July 14, 2023. Material to the notice was that

it was filed under federal action 23-CV-22640-JEM.  The nature of the Emergency is they are

evicting us out of our home by Foreclosing on the house during the Federal Stay denying our

Objection to Sale Based on the Federal Stay of Notice of Removal and in  Dade County Case#

2010-61928-CA01 the Clerk of Courts lied by passing the Title of our home Illegally by stating

that we never filed an Objection to Sale within 10 days dated on that Docket 04/24/24 but

when you check the Docket of Case# 2010-61928-CA01 you will see that we Objected to the

Exh. 1A

Exh: 1 B

UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

U.S. BANK, NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC
2005 AHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

Plaintiffs,

v.

MACK WELLS and MAURICE SYMONETTE

Defendants.

CASE NO: 2010-61928-CA01

**NOTICE OF REMOVAL**

Removed from:

Eleventh Circuit District Court of Dade
County Florida

FILED BY _____ D.C.

JUL 1 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**TO:** Clerk of the U.S. District Court for the Southern District of Florida:

**PLEASE TAKE NOTICE THAT** Defendants MACK WELLS, MAURICE SYMONETTE and, collectively with the other named Defendants, "Defendants"), hereby removes to this Court the state court action described herein, And the Dade County Court's Local Rules because WE HAVE FOUND WITH PROOF THAT ALL EIGHT OF THE JUDGES AND PUBLIC OFFICIALS HAVE HORRIBLE MONEY CONFLICTS OF INTEREST SO THAT WE CAN'T GET JUSTICE FROM THE TOP TO THE BOTTOM Judge Sarah Zabel had already Dismissed this Case with PREJUDICE April 6th 2009 but out of nowhere a Judge we never met or had a Hearing in front of exactly one year later April 6th 2010 put in the same Order as our real Judge Sarah Zabel of Dismissal with Prejudice as a trick to avoid the presidence of a Judge in the same Circuit Court cannot change the Orders of another Judge it must be Appealed to a higher Court Ford Vs. Calloway so she waited three months and put in a new Order of Dismissal without Prejudice in an Illegal Exparte Hearing in Violation of Fl. Stat.702.07 which says Defendants must be present this was done without any notice to us which gave Judge Schlesinger six months later the right to have a new Case Heard **2010-61928-CA01** the Case that this notice of removal is about and Judge Schlesinger foreclosed us Illegally even though he also had a horrific Conflict of

-1-

*Exh. 5 pg. 1*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case Number: 23-22848-CIV-MARTINEZ

MACK   WELLS   and   MAURICE
SYMONETTE,

      Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
*et al.,*

      Defendants.

_____/

## <u>ORDER REMANDING CASE</u>

**THIS MATTER** came before this Court on a *sua sponte* review of the record.  It appears

on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Notice of Removal, (ECF

No. 1), that this Court lacks subject matter jurisdiction over this case under the *Younger* abstention

doctrine, *Rooker-Feldman* doctrine, or both.  *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964,

974 (11th Cir. 2005) ("[A] federal court is obligated to inquire into subject matter jurisdiction *sua*

*sponte* whenever it may be lacking.").  This Court, therefore, remands this case.

      A civil action may be removed from a state court to federal court if the federal court can

exercise federal question jurisdiction under 28 U.S.C. § 1331 or diversity jurisdiction under 28

U.S.C. § 1332.  *See* 28 U.S.C. § 1441(a); *see also Blab T.V., Inc. v. Comcast Cable Communs.,*

*Inc.*, 182 F.3d 851, 854 (11th Cir. 1999).  Diversity jurisdiction exists if (1) the parties are "citizens

of different States," and (2) "the matter in controversy exceeds the sum or value of $75,000."  28

U.S.C. § 1332(a); *see also Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001).

*Exh.5 pg.6*

Granting Defendants' Motion to Dismiss 1–2, *Symonette v. Aurora Loan Servs., LLC*, No. 13-CV-23142-HUCK (S.D. Fla. July 1, 2014), ECF No. 25; Order of Dismissal 1–2, *Ward v. JP Morgan Chase Bank*, No. 13-cv-60834 (S.D. Fla. Apr. 11, 2013), ECF No. 5 (dismissing Mr. Symonette's complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     This case is **REMANDED** to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

2.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Mack Wells, *pro se*
Maurice Symonette, *pro se*

5

Exh. 6 pg. 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-22640-CIV-MARTINEZ**

MACK     WELLS     and     MAURICE
SYMONETTE,

      Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
*et al.*,

      Defendants.

_____/

## ORDER REQUIRING BRIEFING CONCERNING THIS COURT'S JURISDICTION

**THIS MATTER** came before this Court on a *sua sponte* review of the record. It appears

on the face of Plaintiffs Mack Wells and Maurice Symonette's *pro se* Amended Complaint to Quiet

Title and Fannie Mae Quite [sic] Title Constructive Fraud with No Nf.ed [sic] to Prove Intent

(Axiomatic) and Violations of Federal and State Laws and Rules to Takeproperty [sic] Because

tue [sic] Banks Paid Officials for it and Complaint for FL. Rule 9.130 to Add Claim for Punitive

Damages (the "Amended Complaint"),[*] (ECF No. 6), that this Court lacks subject matter

jurisdiction over this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or

both. *See Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 974 (11th Cir. 2005) ("[A] federal court

is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking.")

This Court, therefore, orders Plaintiff to provide this Court with a memorandum concerning its

---

[*]     Generally, *pro se* complaints are held to a less stringent standard than formal pleadings drafted by
lawyers. *See Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). But the lower pleading
standard does not permit a court to "serve as de facto counsel for a party, or . . . rewrite an otherwise
deficient pleading in order to sustain an action." *GJR Invs., Inc. v. Cnty. Of Escambia*, 132 F.3d 1359, 1369
(11th Cir. 1998).

Exh. 6 pg 5

complaint seeking an injunction of a pending foreclosure action under *Younger* abstention doctrine). This Court also notes that Mr. Wells and Mr. Symonette have attempted to seek federal review over the State Court Case via a separate removal action, which is also before this Court. *See generally* Notice of Removal, *U.S. Bank Nat'l Ass'n v. Wells*, No. 23-22848-CIV-MARTINEZ (S.D. Fla. July 31, 2023), ECF No. 1. This Court will address that action by separate appropriate order. Accordingly, it is **ORDERED AND ADJUDGED** that:

1.   **On or before Monday, August 7, 2023, at 1:00 p.m.,** Plaintiffs **SHALL** file with the Clerk of this Court a memorandum **of no more than ten pages** that addresses why this Court should not dismiss this case under the *Younger* abstention doctrine, *Rooker-Feldman* doctrine, or both. The memorandum must be type in 12 pt. Times New Roman font, double spaced, and have one-inch margins. The memorandum must bear **Case Number: 23-22640-CIV-MARTINEZ**, so that it is filed in this action.

2.   **Plaintiffs' failure to comply with this Order will result in appropriate sanctions, including dismissal of this case without prejudice, without further warning.**

3.   The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only pending this Court's determination concerning its subject matter jurisdiction. This administrative closure will not affect the Parties' substantive rights; rather, it is an administrative tool routinely used by this Court according to its inherent authority to manage its docket.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT

Copies provided to:
Mack Wells, *pro se*
Maurice Symonette, *pro se*

*Exh. 7 Pg. 1*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 20-20873-CIV-MARTINEZ-OTAZO-REYES

AMANDA MARTIN,

      Plaintiff,

v.

JOBY DAVID OGWYN,

      Defendant.

_____/

## ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning **Tuesday, January 19, 2021 at 9:30 a.m.,** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **January 14, 2021 at 1:30 p.m.** at the same location.

**IT IS ORDERED AND ADJUDGED** as follows:

1.     No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.     Every motion filed in this case shall be accompanied by **one proposed original order granting** the motion. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface.

### Pretrial Stipulations and Jury Instructions

3.     Counsel and all *pro se* litigants must meet to confer on the preparation of a joint pretrial stipulation, which must be filed by the deadline set forth below. The stipulation shall conform to Local Rule 16.1(e) and include a joint, neutral summary of the claims and defenses in the case, not to exceed one short paragraph per litigant claim, to be read as an introduction for *voir dire* examination. The Court will not accept unilateral pretrial stipulations and will *sua sponte*

Exh. 7 pg 2

expeditious resolution of this cause.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>21st</u> day of April, 2020.

Jose E. Martinez

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

7

*Exh. 8-1*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-24150-CIV-MARTINEZ**

SAMUEL LEE SMITH JR.,

      Plaintiff,

v.

CITY OF MIAMI and ERIC MARTI,

      Defendants.

_____/

## ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning **Monday, February 24, 2025, at 9:30 a.m.**, before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128.  Calendar Call will be held on **Thursday, February 20, 2025, at 1:30 p.m.**, at the same location.

It is **ORDERED AND ADJUDGED** as follows:

### General Procedures

1.    No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.    Every motion filed in this case shall be accompanied by a proposed order granting the motion.  The proposed order shall be filed as an exhibit to the motion and e-mailed to martinez@flsd.uscourts.gov in Word format.

3.    The parties have a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information.

4.    If the case is settled, the parties are directed to immediately inform the Court at (305) 523-5590 **and** file a notice of settlement.

*Exh. 8-2*

| | |
|---|---|
| 1-10-2025 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| 1-27-2025 | Joint Pretrial Stipulation must be filed. |
| 2-18-2025 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 2-19-2025 | Proposed *voir dire* questions must be filed. |

**Failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.**

It is the duty of all counsel and *pro se* litigants to enforce the timetable set forth here to ensure an expeditious resolution of this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record

*Exh. 9—1 pg 1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case No. 24-CR-20051-MARTINEZ

UNITED STATES OF AMERICA

v.

ALFRED LENORIS DAVIS,

     Defendant.

_____/

## ORDER SETTING CRIMINAL TRIAL DATE
## AND PRETRIAL SCHEDULE[1]

    Trial is scheduled to commence during the two-week period beginning **Monday, March 25, 2024, at 9:30 a.m.,** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1 Miami, Florida. Calendar Call will be held on **Thursday, March 21, 2024, at 1:30 p.m.** at the same location. **Defendants are not required to appear for Calendar Call.**

    IT IS ORDERED AND ADJUDGED as follows:

    1.    Every motion filed in this case shall be accompanied by **one proposed original order <u>granting</u>** the motion. The order shall contain the **up-to-date service list** (names and addresses) of all attorneys in the case.

    2.    All motions filed SHALL BE accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion, as required by Local Rule 88.9A.

    3.    For cases to be heard before a jury, **<u>JOINT</u>** proposed jury instructions and verdict form must be submitted at least **<u>ONE WEEK prior to the Calendar Call</u>**. In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Criminal Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.

---

[1] Counsel shall note changes on page "4" of the Scheduling Order regarding submissions on Motions in Limine.

desire of the Court that all <u>Garcia</u> hearings be conducted as close to the time of arraignment as possible.

8. **Counsel are <u>DIRECTED</u> to:**

    a. **<u>IMMEDIATELY</u>, upon receipt of this Order, certify with the Court's Courtroom Deputy the necessity of an interpreter for the Defendant(s); and**

    b. **At least twenty-four (24) hours prior to any hearing or trial, notify the Court, if an interpreter is required, including the stage of the trial at which an interpreter will be necessary.**

9. If defense counsel foresees that a sentencing hearing will take more than thirty (30) minutes, the Court's Courtroom Deputy should be advised no later than five (5) days prior to the hearing.

10. Failure to comply with this or any Order of this Court, the Local Rules, or any other applicable rule SHALL result in sanctions or other appropriate actions. It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 16th day of February 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record

Exh. 4

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20873-CIV-MARTINEZ

AMANDA MARTIN,

     Plaintiff,

v.

JOBY DAVID OGWYN,

     Defendant.

_____/

## ORDER REMANDING CASE TO STATE COURT

**THIS CAUSE** is before the Court upon the Defendant's unopposed motion to remand this

matter to state court based on lack of diversity jurisdiction (DE 24). Upon consideration, it is

hereby

**ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Eleventh Judicial

Circuit in and for Miami-Dade County, FL. The Clerk shall mark this case **CLOSED** and **DENY**

**AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of July, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

3
ORDR

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
      Plaintiff,

                        CASE NO.     2007-12407-CA
vs.                     DIVISION     32

                                              SPACE FOR RECORDING ONLY F.S.§695.26

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION;  CITY
OF NORTH MIAMI;
            Defendant(s).
_____/

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

        THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant

to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

        ORDERED AND ADJUDGED as follows:

        1.      The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to

bring an action to foreclose the mortgage which is the subject matter of the instant cause.

        2.      All Counts of the Complaint against Defendants:  LEROY WILLIAMS; MARK WELLS;

FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI; are hereby dismissed.

        3.      Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148

Serial: 13666522
DOC_ID: M010502







Exh.10 pg.1

3
ORDR

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
Plaintiff,

CASE NO.    2007-12407-CA
vs.                                          DIVISION    32

SPACE FOR RECORDING ONLY F.S.§695.26

2010 JUN 25 PH 3: [RECORD]

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
                Defendant(s).

FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF
LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING
PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is.

ORDERED AND ADJUDGED as follows:

1.    The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.    All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed.

3.    Any scheduled foreclosure sale is canceled.

FILE_NUMBER: F07012148

Serial: 13666522
DOC_ID: M010502




# Exh. 10 pg.2

    4.      The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

> LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
> THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

    5.      The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

    6.      The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

    DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

**JUN 2 3 2010**

VALERIE R. MANNO SCHURR
Circuit Court Judge

**VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE**

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV—ahiven



# Exh. 11

IN THE CIRCUIT COURT OF THE
11ᵀᴴ JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY. FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

April 1.2010

US Bank ,N.A.
  Plaintiff(s)

Vs.

Leroy Williams
  Defendant(s)

---

### ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers. at Miami. dade county. Florida this 31th day of
March , 2010.

APR 06 201:       **APR 06 2010**

CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC - All parties

STATE OF FLORIDA. COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original filed in this office ___/___/___ at ___ : ___
HARVEY RUVIN Clerk of Circuit and County Courts
Deputy Clerk

**MONA BRUNO #79806**

Exh.12

# FORM 6 FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS 2008

AUTOR: C.001.33.172 P2. 6.
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11th)
Elected Constitutional Officer
Dade County Courthouse Rm 1105
73 W Flagler St
Miami, FL 33130-1731.

PROCESSED

FOR OFFICE USE ONLY

COMMISSION ON ETHICS
DATE RECEIVED

JUN 6 6 2009

ID Code

ID No. 210380

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of December 31, 2008 was $ 2,800,357.00.

## PART B.-- ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 150,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| Home located in Miami-Dade (former residence) | 700,000.00 |
| Home located in Miami-Dade (residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle County Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds, Pension Accounts | $ 600,000.00 |
| Mercedes Benz - 380 mL | $25,000.00 |

## PART C -- LIABILITIES

LIABILITIES IN EXCESS OF $1,000:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| GMAC Mortgage (former residence) P.O. Box 900-719 Louisville, Ky - | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mtg) - s P.O. Box 4622 Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail property) P.O. Box 650769 Dallas Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 Columbus, Ohio 4328-2579 | 9,205.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| None | |
| | |
| | |

CE FORM 6 - Eff. 1/2009

(Continued on reverse side)

PAGE 1

Exh.13

**FLORIDA DEFAULT LAW GROUP, P.L.**
ATTORNEYS AT LAW
9119 CORPORATE LAKE DRIVE
3RD FLOOR
TAMPA, FLORIDA 33634

Please reply to:
Post Office Box 25018
Tampa, FL 33622-5018

Telephone (813) 251-4766
Telefax (813) 251-1541

July 20, 2010

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI, FL 33167

Re:

Loan Number:
Mortgage Servicer       GMAC MORTGAGE, LLC
Creditor to whom        U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
the debt is owed:       RASC 2005AHL3
Property Address:       15020 SOUTH RIVER DRIVE, MIAMI, FL 33167
Our File No.:           F10051160

Dear Borrower:

The law firm of Florida Default Law Group, P.L. (hereinafter referred to as "law firm") has been retained to represent U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 with regards to its interests in the promissory Note and Mortgage executed by LEROY WILLIAMS on June 30, 2005. Pursuant to the terms of the promissory Note and Mortgage, our client has accelerated all sums due and owing, which means that the entire principal balance and all other sums recoverable under the terms of the promissory Note and Mortgage are now due.

As of the date of this letter, the amount owed to our client is $661,289.01, which includes the unpaid principal balance, accrued interest through today, late charges, and other default-related costs recoverable under the terms of the promissory Note and Mortgage. Additional interest will accrue after the date of this letter.

This correspondence is being sent to comply with the Fair Debt Collection Practices Act and should not be considered a payoff letter. Our client may make advances and incur fees and expenses after the date of this letter which are recoverable under the terms of the promissory Note and Mortgage. Therefore, if you wish to receive figures to reinstate (bring your loan current) or pay off your loan through a specific date, please contact this law firm at (813) 251-4766 or client.services@defaultlawfl.com.

Unless you notify this law firm within thirty (30) days after your receipt of this letter that the validity of this debt, or any portion thereof, is disputed, this law firm will assume that the debt is valid. If you do notify this law firm in writing within thirty (30) days after receipt of this letter that the debt, or any portion thereof, is disputed,

FILE_NUMBER: F10051160                    HELLOLETTER



# AFFIDAVIT

I MAURICE Symonette was There in The Dade County Courthouse on Flagler Street in DownTown MIAMI and witnessed Judge Zabel Sign The Document To Dismiss with Prejudice on 09/06/2009 That was For The Case: 2007-12907-CA01, And I also witness That I saw it on The docket Sign Judge Zabel

MAURICE Symonette
15020 S. River Dr
Miami, Fla 33167

X Fannie Mitchell
Feb 9, 2022

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded Through National Notary Assn.

Exh. 14 pg.2

## AFFIDAVIT

I James Buckman was there in the Miami Dade Court House on Flagler Street in downtown Miami and I witness Judge Zabel sign The Document to dismiss with Prejudice on 04/00/2004 That was For the case No. 2007-12407-CA01, And I'm ALSO witness That I saw it on the docket Signed by Judge Zabel.

James Buckman Jr
15000 S. Riverdr.
Miami Fl. 33167

x Fannie Mitchell
Feb 9, 2022



FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 240128
My Comm. Expires Jul 29, 2021
Bonded Through National Notary Assn.

Exh. 14 pg. 3

# AFFIDAVIT

I MACK Wells WAS There IN The Miami Dade County
Court house on Flagler Street in Downtown Miami And
I witness Judge Zabel Sign The Document To Dismiss with
Prejudice on 04/06/2009 That WAS For The Case Number
2007-12407-CA01 And I'm Also A witness that I
SAW it on the Docket Signed by Judge Zabel

*Mack Wells*

MACK   Wells

15020 S. River dr.
Miami Fla 33167

x *Fannie Mitchell*
Feb, 9, 2022



FANNIE MITCHELL
Notary Public  State of Florida
Commission # GG 760728
My Commission expires ... 29, 2023
Bonded through National Notary Assn.

Filing # 173989671 E-Filed 05/25/2023 01:46:06 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM

Hon. Valerie R. Manno Schurr

CIRCUIT COURT JUDGE
Electronically Signed

Filing # 143058163 E-Filed 02/01/2022 01:31:10 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN

AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE

    Plaintiff

                                              CASE NO: 2021-

                         10826-CA01

    v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, MERS, FRANKLYN
CREDIT MANAGEMENT CORP and
AXIOM FINANCIAL SERVICES

    Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June 25 2010 Valerie Manno Schurr Freview of the record and Final Judgement Order, Exhibit J because it injured us. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Valerie Manno Shurr Financial Interests & Property Disclosures).

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO: 2007-12407-cal

US Bank, N.A.
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

## ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution.
Served on April 11 2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11 2008; (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly;

IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March, 2009.

SARAH ZADEL
Circuit Court Judge

3/7/2011

*DOCKET #1*    Exh.18 pg.1

Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

0 item(s) In Basket                    **Home    Online Services    About us    Contact us**



# HARVEY RUVIN
## CLERK of the COURTS
### MIAMI-DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS                    ALL PARTIES                    START A NEW SEARCH
                          US BANK (NA) vs WILLIAMS, LEROY
              * Click on BOOK/PAGE of a particular docket to see the image if it is available *

**Case Number (LOCAL):** 2007-12407-CA-01          **Dockets Retrieved:** 48          **Filing Date:** 04/26/2007
**Case Number (STATE):** 13-2007-CA-012407-0000-01                    **Judicial Section:** 32

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 04/07/2011 | | LETTER OF CORRESPONDENCE | FROM MACK L WELLS |
| 11/04/2010 | | NO FURTHER JUDICIAL ACTION | ORDER FILED IN CASE # 00-8186 CA01 AND IN SHARE DRIVE |
| 10/14/2010 | | MOTION | TO VACATE LAST ORDER & RETAIN ORIG.ORDER |
| 09/28/2010 | | MOTION TO VACATE DISMISSAL | |
| 08/06/2010 | | TEXT | RET'D ORIGINAL NOTE AND MORTGAGE. |
| 06/25/2010 | 27343 / 949 Pages 3 | COURT ORDER | BK:27343 PG:0949 VACATING, DISMISSING, CXL SALE RELEASE LIS PENDENS, ETC.. |
| 06/20/2010 | | MOTION | ATY:00071675 R: 5058 TO DISMISS CASE CANCEL FORECLOSURE SALE,ETC. |
| 06/18/2010 | | FINAL DISPOSITION DOCUMENT | |
| 04/07/2010 | 27244 / 4193 Pages 3 | COURT ORDER | BK:27244 PG:4193 OF DISMISSAL |
| 04/07/2009 | *Judge Zabel Dismissal with Prejudice* | TEXT | DISMISS FOR LACK OF PROSECUTION WITH PREJUDICE |
| 09/09/2008 | | OBJECTION | TO WRITTEN DISCOVERY MTN TO STRIKE OR...ETC |
| 09/09/2008 | | NOTICE | THAT PLTFF HAS RESPONDED TO DEFENDANT...ETC |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FR LACK OF PROSECUTION |
| 08/15/2008 | | LETTER OF CORRESPONDENCE | FROM MACK WELLS TO DISMISS FOR LACK OF PROSECUTION |
| 09/17/2007 | 25944 / 542 Pages 2 | COURT ORDER | BK:25944 PG:0542 CANCELING FORECLOSURE SALE |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE : |
| 09/14/2007 | | PROOF OF PUBLICATION | PUB DATE :08/31/2007 |
| 09/12/2007 | | MOTION | TO CANCEL FORECLOSURE SALE |
| 09/10/2007 | | MOTION | ATY:88888888 R: 145184 SET ASIDE FJUD AND RECONSIDER STAY |

3/7/2014   Miami-Dade County Clerk - Civil / Probate Justice System - Docket Information

| 09/10/2007 | | TEXT | $50 FEE PD/RCPT. 145184 |
|---|---|---|---|
| 08/30/2007 | | NOTICE OF SALE | |
| 08/24/2007 | | TEXT | WRITTEN REQUEST, DISPUT VALIDITY OF ALLEGED LOAN |
| 08/14/2007 | | CERTIFICATE OF MAILING FINAL JUDGMENT | |
| 08/13/2007 | | NOTICE OF FILING | ORIGINAL MORTGAGE AND ORIGINAL NOTE |
| 08/13/2007 | | NOTICE OF FILING | AFFIDAVIT OF AMOUNTS DUE AND OWING |
| 08/13/2007 | | TEXT | FINAL DISPOSITION FORM |
| 08/13/2007 | | TEXT | SALE DATE 09-14-2007 |
| 08/09/2007 | 25872 / 4163 Pages 6 | FINAL JUDGMENT | J $ 491500.11 BK 25872 PG 4163 DN01 DN02 DN03 DN04 |
| 07/26/2007 | | DEFAULT | DN03 |
| 07/26/2007 | | NOTICE OF DEFAULT NOT ENTERED | DN01 DN02 E |
| 07/19/2007 | | NOTICE OF HEARING | MOTIONS 08/09/2007 10:00 AM |
| 07/19/2007 | | MOTION FOR DEFAULT | |
| 07/19/2007 | | MOTION FOR SUMMARY JUDGMENT | |
| 07/19/2007 | | NON-MILITARY AFFIDAVIT | |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/23/2007 DN02 |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1552 P 05/12/2007 DN01 |
| 06/12/2007 | | TEXT | SUMMONS RTD NON-SERVED UNK SPOUSE OF WILLIAMS |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 118 P 05/02/2007 DN03 |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | TEXT | SERVICE RTD SERVED TENANT |
| 06/12/2007 | | SERVICE RETURNED | BADGE # 1300 P 05/01/2007 DN04 |
| 06/06/2007 | | TEXT | OPPOS. TO PLNFS MORT.FORECLOSURE COMPLT ETC. |
| 06/06/2007 | | TEXT | WRITTEN REQU.FORMAL PROTEST.&DISPUTE ETC. |
| 05/23/2007 | | ANSWER | ATTORNEY :00314021 DN04 |
| 04/30/2007 | 25576 / 1873 Pages 1 | LIS PENDENS | BK 25576 PG 1873 |
| 04/26/2007 | | COMPLAINT | |
| 04/26/2007 | | CIVIL COVER | |
| 04/26/2007 | | SUMMONS ISSUED | DN01 DN02 DN03 DN04 |



S0142977

xe://www2.miami-dadeclerk.com/civil/Search.aspx

Exh. 19

Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help          Sun 11:47 PM

**JUAN FERNANDEZ-BARQUIN, CLERK OF THE COURT AND COMPTROLLER**
MIAMI-DADE COUNTY

My Account ▾   Filing Options ▾

News & Information

- 10/27/2023 Notice: The Florida Courts E-Filing Portal will be unavailable Friday, October 27th beginning at 1:00 AM EST for approximately 2 hours and Saturday, October 29th beginning at 1:00 AM EST for approximately 3 hours due to System Maintenance.

## Filing Received Confirmation

1 document is successfully submitted for filing to 53rd Court for Miami-Dade County, Florida Circuit Civil Division
Uniform Case if you have provided is 132010CA016980000XXX
Court Case if you have provided is 2018-061829-CA-01
Reference # for this filing is 184993638

Important: If you should contact this court about any document in this filing, please provide this Submission # to help us locate this filing.

You may want to print this page for your records.  🖨 Print

### Recent Filings

| Pleading | Proposed Document | Submission/REF | Case Style/Docket | Court Case # | Status | Court | Submission Date | Completion Date/Remarks |
|---|---|---|---|---|---|---|---|---|
| ▸ Submit | | 184934855 | U S Bank (na) vs Williams, Leroy | 2010-051829-CA-01 | Received | Miami-Dade | 10/29/2023 11:47:16 PM | |
| ▸ Submit | | 184903806 🗹 | MAURICE SYMONETTE vs U.S. BANK NATIONAL ASSOCIATION (TR) et al | PC21-010828-CA-01 | Pending Review | Miami-Dade | 10/29/2023 11:23:45 PM | |
| ▸ Submit | | 184938778 🗹 | MAURICE SYMONETTE vs U.S. BANK NATIONAL ASSOCIATION (TR) et al | PC21-010828-CA-01 | Pending Review | Miami-Dade | 10/29/2023 11:14:29 PM | |
| ▸ Submit | | 184900621 🗹 | U S Bank (na) vs Williams, Leroy | 2010-051829-CA-01 | Pending Review | Miami-Dade | 10/29/2023 12:44:01 PM | |
| ▸ Submit | | 184898826 🗹 | U S Bank (na) vs Williams, Leroy | 2010-051829-CA-01 | Pending Review | Miami-Dade | 10/29/2023 10:36:11 PM | |
| ▸ Submit | | 184926543 🗹 | U S Bank (na) vs Williams, Leroy | 2010-051829-CA-01 | Pending Review | Miami-Dade | 10/29/2023 10:02:21 PM | |

Generated: Jul 14, 2023 4:16PM

# Exh. 22



## U.S. District Court

### Florida Southern - Fort Lauderdale

Receipt Date: Jul 14, 2023 4:16PM

Maurice Symonette

Rcpt. No: 17100          Trans. Date: Jul 14, 2023 4:16PM          Cashier ID: #EB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CA | Cash | | | | $402.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $402.00 |
| Cash Change Amount: | $0.00 |

Comments: Filing Fees for new case# 23-CV-61345 Wells et al v. U.S. Bank, National Association et al

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

**Exh. 23**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Angela E. Noble
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128−7716
(305)523−5100

Date: August 23, 2023

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE: District Court Case No.: 1:23−cv−22848−JEM

State Court Case No.: 010−61928−CA01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to
to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed
copy of this letter.

Angela E. Noble, Clerk of Court

By  /s/ Nicole S Cubic
Deputy Clerk

Exh. 24

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

MARY HAIR, as Putative Personal Representative of the Estate of SAMUEL HAIR, deceased

## DEFENDANTS

LAWNWOOD MEDICAL CENTER, INC., a Tennessee Corp., d/b/a LAWNWOOD REGIONAL MEDICAL CENTER AND

08-2428

**(b)** County of Residence of First Listed Plaintiff   St. Lucie County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   St. Lucie County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Linnes Finney, Jr., Esq.
Gary, Williams, et al.,
221 E. Osceola Street
Stuart, FL 34994

08CV14128
MARTINEZ/FL

Attorneys (If Known)

CIV-MARTINEZ

Attorney for Tammy Roane: Lee E. Muschott, Esq.
P.O. Box 2520, Fort Pierce, FL 34954

MAGISTRATE JUDGE

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☑ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☑ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED by ___ D.C.

APR 14 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. PIERCE

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☑ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S)

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO

JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Claims by Plaintiff under 42 USC, 1983 (Excessive use of force by law enforcement).

LENGTH OF TRIAL via  4  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
April 14, 2008

FOR OFFICE USE ONLY

AMOUNT  350.00   RECEIPT #  235001   IFP

Exh.25



# U.S. District Court

## Florida Southern - Miami

MACK.WELLS

Receipt Date: Jul 31, 2023 2:38PM

Rcpt. No: 273148

Trans. Date: Jul 31, 2023 2:38PM

Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CA | Cash | | | | $402.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $402.00 |
| Cash Change Amount: | $0.00 |

**Comments:** Mack Wells/1:23-cv-22848-JEM

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Exh 27

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CFN 2024R0316231
OR BK 34195 Pg 4105 (1Pss)
RECORDED 04/24/2024 15:00:32
DEED DOC TAX $466.80
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

U S Bank (na),
Plaintiff(s) / Petitioner(s)

VS.

Williams, Leroy, , et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION

| | |
|---|---|
| Case No: | 2010-061928-CA-01 |
| Section: | Section, CA 11 |
| Doc Stamps: | $466.80 |
| Surtax: | $0.00 |
| Consideration: | $77,800.00 |

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on October 19, 2023, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

LOT 105, BISCAYNE GARDENS SECTION "F" PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Property address: <u>15020 South River Drive, Miami, FL 33167</u>

was sold to:

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-AHL3 C/O PHH MORTGAGE CORPORATION

1661 Worthington Road, Suite 100

West Palm Beach, FL, 33409

WITNESS my hand and the seal of this court on  April 24, 2024 .

*Juan Fernandez-Barquin*

Juan Fernandez-Barquin, Clerk of the Court and Comptroller
Miami-Dade County, Florida

FILED FOR RECORD
CIVIL DIVISION #65
2024 APR 24  AM 9: 25
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL

Exh. 28 pg. 1

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



**WESTERN UNION**
**PAYMENT SERVICES**

Dec. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

ՈՒՈւՈԱՈՈՈՈՈՈՈՈՈՈՈ

**PAYMENT DESCRIPTION**

| | |
|---|---|
| **Bank:** | **WACHOVIA BANK, NA** |
| **Bank Account Number:** | ********0274** |
| **Date of Transaction:** | **Nov.30, 2006** |
| | |
| **Payable To:** | **AXION FINANCIAL SERVICES** |
| **Amount of Payment:** | **$2286.67** |
| | |
| **Customer Reference:** | **0001920274** |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9 3⁵ A.M. Nov. 30,2006, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

*Exh. 23 pg2*

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



Jan. 1, 2006

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

Bank:                           WACHOVIA BANK, NA
Bank Account Number:            ******0274
Date of Transaction:            Dec.31, 2006.

Payable To:                     AXION FINANCIAL SERVICES
Amount of Payment:              $2286.67

Customer Reference:             0001920274

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 9:45 A.M. Dec. .31,2006. we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867



Feb. 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

**PAYMENT DESCRIPTION**

Bank:                              **WACHOVIA BANK, NA**
Bank Account Number:   ********0274**
Date of Transaction:        **Jan. 31, 2007**

Payable To:                     **AXION FINANCIAL SERVICES**
Amount of Payment:       **$2286.67**

Customer Reference:       **0001920274**

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:55 A.M. Jan.31,2007, we
have initiated an automated clearing house (ACH) debit to withdraw the amount described
above from your specified bank account to make the payment that you requested. Included in
the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please
contact Collection Department, at 188-832-7990.
Thank you for your business.

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD.SUITE 350
AUSTIN TX 78759-5867

Important Information
Don"t give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 28 pg 9

AXIOM FINANCIAL SERVICES
10900 STONE LAKE BLVD SUITE 350
AUSTIN TX 78759-5867

**WESTERN UNION**
PAYMENT SERVICES

March 1, 2007

LEROY WILLIAMS
15020 SOUTH RIVER DRIVE
MIAMI FL 33167

### PAYMENT DESCRIPTION

| | |
|---|---|
| Bank: | WACHOVIA BANK, NA |
| Bank Account Number: | ******0274 |
| Date of Transaction: | Feb. 28,, 2007 |
| Payable To: | AXION FINANCIAL SERVICES |
| Amount of Payment: | $2286.67 |
| Customer Reference: | 0001920274 |

Dear LEROY WILLIAMS:

Based on your authorization during our telephone conversation at 10:00 A.M., Feb.28,2007, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested. Included in the payment amount is the $8.00 'service fee that you also authorized.

If you have questions, or wish to make corrections to the information listed above, please contact Collection Department, at 188-832-7990.
Thank you for your business.

> AXIOM FINANCIAL SERVICES
> 10900 STONE LAKE BLVD.SUITE 350
> AUSTIN TX 78759-5867

Important information
Don't give out your bank account information over the phone unless you know the company and understand why the information is nessary
This is not a bill. Do not mail. payment.
Retain this letter for your records.

Exh. 29

# AFFIDAVIT

I Maurice Symonette Heard The Judge Valerie Manno Schurr Saying in a Court Hearing after she was on the phone in a Zoom call I don't believe you guys signed my name for me. I don't believe that!, I never signed that!

**MAURICE SYMONETTE**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**



X Fannie Mitchell
8, 9, 2022

Exh. 30

# AFFIDAVIT

I JAMES BUCKMAN Heard The Judge Valerie Manno Schurr Saying in a Court Hearing after she was on the phone in a Zoom call I don't believe you guys signed my name for me. I don't believe that!, I never signed that!

**JAMES BUCKMAN**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**

X *Tammie Mitchell*
8, 9, 2022

Sale within 10 days or actually 7 Days docketed 10/23/23 and moving towards quickly doing writ of possession to evict us out of the house wrongfully to cause us to lose possession knowing that even if they did it wrong the Rick Scott Fl. Bill 87 says that you can no longer get your house back you can only get money and the reason for that is because the Black code and Jim Crow law says Slaves cannot own property because Trexstay the business partners to Judge Carlos Lopez along with the liv act law of Gov. Disantis has relaxed all Code enforcement laws that do and don't allow apartment buildings where our property is located for big developers, who offered to buy our property  but we would not Sale and then they threatened us saying that we have the Judges in our back pocket and we will get this property so they want to give us money to force us back into slavery which is Mortgages Ecclesiastes 5:1-18. Yahweh said Slave Masters must be put to death Exodus 21:16

What is significant here is that the Defendants had two (2) actions pending in federal court based on the removal of this instant action. One that was filed in However, the federal court with the wrong case number that reads 23-CV-22848 that Maurice Symonette and Mack Wells did not authorize  or do of which the Judge's Secretary for JUDGE JOSE E. MARTINEZ would have never given that wrong Case number and we clearly see that the signature is totally different from all the orders signed by Judge JOSE E. MARTINEZ, see Remand with the wrong case number that reads 23-CV-22848 dated 08/23/23 of which the Judge's Secretary for JUDGE JOSE E. MARTINEZ would have never have put the wrong Case no. we ask that the JUDGE'S signature be checked with a hand writing Expert for forging a Judge's REMAND ORDER IN THE FAKE CASE WITH CASE# 23-cv-22848, Exh. 5. Page 1-2. And see: JUDGE JOSE E. MARTINEZ'S signature in the correct case number 23-CV-22640-JEM wherein he asked for our proof of our

Federal Jurisdiction. His signature is totally different, That is the same signature as the Order to show Jurisdiction, Exh. 6. Page 1-2, all these other Orders are the same signatures as the correct case with Judge Martinez asking for Jurisdiction Exh. 4., Exh. 7. Page 1-2, Exh. 8. page 1-2, Exh. 9. Page 1-2. So you can see that JUDGE JOSE E. MARTINEZ's signature is clearly forged

## Judicial Sale Conducted Without Jurisdiction

The federal removal statute provides that once a copy of the notice of removal is filed in state court, "the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d); see *General Electric Credit Corp. v. Smith*, 484 So. 2d 75, 76 (Fla. 2d DCA 1986); *Weiser v. Bierbrouwerij, B.V.*, 430 So. 2d 986, 987 (Fla. 3d DCA 1983); *Rutas Aereas Nacionales, S.A. v. Cauley & Martin, Inc.*, 160 So. 2d 168, 169 (Fla. 3d DCA), cert. denied, 166 So. 2d 753 (Fla. 1964). The federal removal statute provides that upon entry of an order of Remand, "the State court may thereupon proceed with such case." 28 U.S.C § 1447(c). See generally *Wilson v. Sandstrom*, 317 So. 2d 732, 740-41 (Fla. 1975) (effect on state court jurisdiction where case is remanded), cert. denied sub nom. *Alder v. Sandstrom*, 423 U.S. 1053, 46 L. Ed. 2d 642, 96 S. Ct. 782 (1976). From the viewpoint of the state court, the removal statute gives the state court a clear demarcation of when state court jurisdiction ceases, and when (if ever) the state court may resume jurisdiction. Under the statute, state court jurisdiction *ceases* when a copy of the notice of removal is filed in the state court. 28 U.S.C. § 1446(d), or at best is suspended. It is abundantly clear that the face of the pleading filed into the record of the Court five

(5) separate times on Oct. 13, 2023, [D.E. 387, 389, 390, 391 and 392], and again on Oct. 15, 2023 on two (2) more occasions, [D.E. 395 and 397], gave clear notice of the removal of the instant action to the federal court previously back on July 14, 2023, albeit never being filed in the instant action at that time. Because they Deliberately confused us. This State Court is precluded by federal law, based on the application of the automatic stay Federal code 28 U.S. SS 1446 (D), from allowing the sale to proceed forward in this instance. This Court has no discretion in this matter when it comes to the removal statute and its effect on the jurisdiction of this Court.

The Third District, whose decisions are utterly binding on this Court stated, in *Garcia v. Deutsche Bank Nat'l Trust Co.*, 259 So. 3d 201, 202 (Fla. 3DCA 2018), that "State court jurisdiction ceases upon removal of a case to federal court and ***any pre-remand proceedings occurring in the state court after the case has been removed are void***"

(citing *Musa v. Wells Fargo Del. Tr. Co.*, 181 So. 3d 1275, 1277 (Fla. 1st DCA 2015)) [emphasis added]. But it does not end there. Even more telling as to the effect of a on a court's jurisdiction is what the Third District stated following that which was "[i]n a detailed review of the law in this area,

the First District concluded that even an ***improper removal to federal court, or a removal for improper motives, will not***

*preserve state court jurisdiction.*" *Id.* at 1280-84; see also *Cole v. Wells Fargo Bank Nat'l Ass'n,*

201 So. 3d 749, 750 (Fla. 5th DCA 2016).

Even the Federal Eleventh Circuit Court of Appeals took this position in the seminal case

*Maseda v. Honda Motor Co.,* 861 F. 2d 1248 (11th Cir. 1988)("Since *Steamship Co. v. Tugman,*

106 U.S. 118, 1S. Ct. 58, 27 L. Ed. 87 (1882) was decided, the removal statute 28 U.S.C. § 1446

was amended. Under the amendment, the filing of a removal petition terminates the state

court's jurisdiction until the case is remanded, *even in a case improperly removed*" (citing *Lowe*

*v. Jacobs,* 243 F.2d 432, 433 (5th Cir.))[emphasis added].

More damaging to this matter is the fact that this Court has proceeding in this matter while

this Court lacked subject matter jurisdiction upon the filing of the Notice on Oct. 13, 2023. There

is even an argument that the Court did not have jurisdiction under the second filed removal

under case 23-CV-22640-JEM since the filing of that case. A careful examination of that case's

docket in the federal court clearly shows that the matter has not been dismissed or otherwise

remanded. The docket clearly reflects that entry #4 shows the notice of removal filed in this

Court is the same one filed in that court's records. The notice of removal, which should have

been filed in this action, was mistakenly filed in that court instead. Under the removal statute,

the removal is not effective until filed in the state court action. Granted, the notice was not filed

here when the action was filed in federal court. But the federal law is clear, "[p]romptly after the

filing of such notice of removal of a civil action the defendant or defendants shall give written

notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State

court, *which shall effect the removal and the State court shall proceed no further unless and until*

*the case is remanded.*" 28 U.S.C. §1446(d). In this case, the filing of the notice of removal on Oct. 13, 2023 instituted the automatic stay, based on removal, under case number 23-CV-22640-JEM in federal court.

1. Accordingly, any action taken by the Court after the notice of removal filed by the Defendant on Oct. 13, 2023, including the conduct of the judicial sale, ***IS VOID DUE TO THE JURISDICTION OF THIS COURT BEING SUSPENDED.*** Here, the sale itself was allowed to proceed even after the notice of removal was filed in this action on Oct. 13, 2023. Due to an a deliberat attempt by the Clerk of the Court to keep the Federal Notice of Removal off the Docket  files and then claim ignorance  so that they could Foreclose and get it closer to the changing of the Title if we catch on to their conspiring insiders who would be working with them to steal the Property under color of Law. the property was allowed to go to sale despite a notice of removal filed prior to the sale. US Bank Lawyers told Judge Eig that we did not have a new NOTICE OF REMOVAL and that the new Federal Notice of Removal was just a Federal Complaint which is a lie because the case was filed 07/14/23 when that Judge saw the Amended Notice of Removal and Complaint the Judge didn't Remand with the case # 23-CV-22640-JEM but was put in into Ft. Lauderdale the wrong Division but went to Federal Judge Martinez to Dade County Federal Court House from Broward filed 07/14/23 that was sent to Miami on Jurisdictional Grounds because the Case was filed in

Broward County the wrong County Division because Dade County is the Correct

Federal Division where the Case happened but at the same time the Federal

Causes were unclear so I did a Federal Amended Notice of Removal and Complaint

that listed most of the Federal Jurisdiction, Exh. (AA.) and then the Judge asked us

to Show Cause as to why he should not Remand our case and we answered and

showed mostly all the Federal Jurisdiction, Exh. BB. and the Case was not

Remanded. And the Judge gave them time to Answer Notice of Removal and

Complaint they missed the Deadline but came back and answered the Notice of

Removal and Complaint also mentioning the Notice of Removal with the

Complaint so US BANK Lawyers new this was a **_NOTICE OF REMOVAL,_** Exh. (CC.)

and not just a Complaint like they Lied to Judge EIG, saying "this was just a

Complaint", on the Federal Docket Case 23-CV-22640-JEM on 12/06/23, 12/08/23,

01/02/24 ,01/05/24 and 01/26/24 US BANK says this is a Motion to Dismiss

Remand our Notice of Removal and Complaint which started 07/14/23   and

Noticed to the Circuit Court, Judge and US BANK Lawyers because even though

they knew there was a Federal Stay from a Notice of Removal and Complaint the

Lawless Judge Carlos Lopez and US BANK Lawyers they continued to Prosecute the

Fake Foreclosure Case and Sale to make us lose Title  to the House knowing that

**_Florida BILL 87 says even if it is a Wrongful Foreclosure you can't get the House_**

***back you can only get Money Reimbursement because they are doing the Jim Crow Law and the Black Code of the Slavery South which says " Niggers can't out right Own Property, Exh. DD. in Violation of the 14th Amendment and the Bible Exodus 12:49 which says, "Equal Rights and there shall be one Law for all".*** They just want to change the Title out our names so that they can illegally declare our House an unsafe Structure and confiscate the HOUSE to Evict us like they tried to do illegally when the whole County participate in fake Murder scene at our house used to Confiscate our Property but got caught and they gave the house back the same Day see : Gods2.com Video H. So the County has no Jurisdiction this Case which is Stayed by JUDGE Martinez because it is still in Federal Court under Federal Jurisdiction in Judge Martinez's Court who must save U.S. Sovereignty and Jurisdiction and not allow Florida to take it. For it is obviously Federal Jurisdiction acknowledged on the Federal Docket So therefore the NOTICE OF REMOVAL has not been Remanded. There was also a Bankruptcy filed 4 days before the Sale that stops the Sale but they continued on anyway even with Certified Copy in Violaton of Federal rule 362 of the Bankruptcy Code automatic Stay, Exh. A. and the Notice of Removal fled from the Federal Court on the County Court Filed October 12th E-fled Oct 13th,14th and 16th Exh. CC. and on Oct. 16th And the Clerk of the Court would not allow the Notice of Removal nor the Bankruptcy to show on the Docket

when we brought the Documents in person or when we E-fled the Documents to the Docket it just said Pending so that the Judge would not Cancel the Sale and now after the Sale the Documents shows on the Docket and in the right Filings from October 12th to Oct. 16th Exh. EE. but only after we showed the Supervisor of the Docket fling Dept. that we Video Taped and showed her the whole filing transaction and we also video taped her seeing the Video and seeing the Video then She admitted we were Right  and put the Notice of Removal and Bankruptcy on the Docket with the Correct Dates that was before the Sale that also Stopped the Sale or should have stopped (STAYED THE SALE) and we gave Notice of Removal and Bankruptcy to the Judge directly and acknowledged it on Video in front of Witnesses but would not STOP THE SALE according to the Law even after admitting on his FORM 6 FINANCIAL AFFIDAVIT that he made a literal 2million

**CASH** from US BANK but would not Recuse himself, Exh. FF. Wow completely Lawless, see Gods2.com Video number 1G-18. 2. We asked the Clerk for the Pay Off and she would give it to us because we were not Leroy Williams the Borrower even though Mack Wells who asked her for the Pay Off is listed as a Defendant and then she lied and would not allow us to file Bankruptcy or the Notice of Removal on the twelfth floor where everybody else does it that actually Video Taped this and while she was unnecessarily walking me some brothers and Mack Wells who's

Cripple in a walker across the street to the Courthouse to file the Bankruptcy Notice of Removal.

We filed a Federal Notice of Removal July 14th 2023 in Ft. Lauderdale under case# 23-cv-61345 labeled Maurice Symonette and Mack Wells Notice of Removal Exh.1A and 1B with the receipt saying that this Case is the Wrong Venue in Ft. Lauderdale and will be sent to Dade County with a new Case# 23-cv-22640-JEM 28 U.S. Code SS 1446 and 1441 says only Defendants can Remove a State Court Case to Federal Court so when we filed in the wrong venue by mistake and they sent our case to Dade county where the Case Originated which was the right Division under Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove why we had Jurisdiction, filed on the Docket August 3rd, 2023. August 7th, 2023 we filed our Jurisdictional Memorandum, on 11/08/23 Defendant U.S. Bank began to respond to our Notice of Removal and Complaint and until this day we have been in Federal Removal and they have not answered but during the interim Judge Carlos Lopez tried to sell the house while we had a Notice of Removal and then he stopped the Sale of the House after we Pointed out to him the Notice of Removal and then we noticed that US BANK was continuing the Foreclosure,

## LAWYERS FORGING JUDGE'S ORDERS

_Because they snuck a Fake Forged Remand Order by us that had the a signature that's obviously not Judge Jose E. Martinez's signature see Exh. 5. As compared to his signature on our new Case# 23-cv-22640-JEM wherein Judge Martinez asked us to prove Federal Jurisdiction see Judge Martineze's signature, Exh. 6. And three other cases of Judge Martinez's signature. Martin V. Ogwyn, Exh. 7.,_

***Smith Jr. v City of Miami, Exh. 8-1 and 8-2 and the United States of America V. Davis, Exh. 9-1. All of these Signatures are the same showing the incursive J going slightly towards the left with a half a circle J with an Apostrophe at the top at the end of Jose' the middle initial E is leaning towards the right with the end of the E at the bottom going up with a period the line on the M slants towards the right and then back towards the left with a hook at the end with the A, R, T and with a incursive Z, the J is a circular pyramid very wide pointing towards the left, the middle initial E doesn't look at all like the Middle initial E on the other true signatures, Exh .6. and it has no period and the (mart) has the A with no R like the original, Exh. 6. with the rest of the alphabets leaning towards the right. And the alphabet T does not have a straight line slanted down like the rest of the Ts on his correct signatures, the fake T has a hook on the left the original does not have the hook and does not have the incursive E or the long Z at the end of his name so therefore this is not Judge Martinez's signature and a fake Order.***

Like Judge Valerie Manno Schurr said in her hearing with us that she did not sign that Order and whispered to the Attorneys asking in a whisper "Why did you sign those Orders for, me I did not tell you to sign that Order" and I asked her what did you say and she said "hello" "OH, nothing" she said ***HELLO*** because she didn't realize that we could hear her mistakenly unmuted MIC, see:

Gods2.com video #1. And hear are the affidavits of the witnesses to her whispering, Exh. 29 and Exh. 30. This shows their Collusion. Then I told her about the ORDER she so called signed and she said I did not sign those Orders  that was (Judge) Veronica Diaz, Gods2.com, and then I showed her the Orders with her Forged signature, Exh. 10 and 11. and she was shocked and I showed her her own FORM 6 Affidavit for the State of Florida that showed that she had a terrible Conflict of interest because of the fact that she made 995,000 + 440,000 and over time she made 11, Million from GMAC, Exh. 12. the Servicer for U.S. Bank, Exh. 13. and the next day she Recused herself, Exh. 15. and **REVERTED** the Case back to being Dismissed with Prejudice, Exh. 17. And according to Florida Rule 2.160 (H-J) the original Order of our true Judge Sarah Zabel, Exh. 17. and three Affidavits of witnesses that saw Judge Zabel sign the Dismissal with Prejudice dated 04/06/09, Exh. 14. 1-2-3 put on the Docket 04/07/09, Exh. 18. and she signed our copy as a receipt for us, Exh.17. And so we know that the US BANK Lawyers Forged Judge Valerie Manno Schurr's Order, Exh. 20. And I know that Judge Jose E. Martinez signature be on that Remand Order dated 08/23/2023 on the Case 23-cv-22848 when my Case number was Case# 23-cv-22640-JEM that came from my filing in Ft. Lauderdale under Case# 23-cv-61345 in the wrong Division and Immediately transferred to Dade County the Correct Division with the new Case# 23-cv-22640-JEM because we had already filed a Notice of Removal the wrong way in County Court without even filing in Federal Court in Dade County Docket Case# 2010-61928-CA01 Date 06/19/23. And when I discovered I was doing it the wrong way I started over and filed in Federal Court 07/14/23 in the wrong Division of Ft Lauderdale that was transferred to Dade County Case# 23-cv-22640-JEM. But US BANK Lawyers took advantage of us not knowing how to operate and another Notice of Removal was filed in US BANK'S name that was supposed to be

another Notice of Removal with all the Federal Jurisdiction in it by Maurice Symonette and Mack Wells Case# 23-cv-22640-JEM but was Filed as a new Notice of Removal filed by U.S. BANK National Association Case# 23-cv-22848-JEM and then filed on the same day as a Notice of Removal on the Dade County Docket Case# 2010-61928-CA01 Dated 07/31/23. But in the correct Case# 23-cv-22640-JEM, Judge Martinez Ordered us to show Jurisdiction 08/03/23, but in the Case 23-cv-22848 of the U.S. BANK NA Notice of Removal they Remanded the new Federal Case with the wrong Case# Case 23-cv-22848 with a Judge's Forged signature 08/23/23 while in the correct Maurice Symonette and Mack Wells Case# 23-cv-22640-JEM U.S. BANK NA ET AL is granted an Extension of Time to answer our Notice of Removal and Complaint 01/11/35. So the correct Notice of Removal Case with Case# 23-cv-22640-JEM is still ongoing. And was never supposed to be Foreclosed on and has never been Remanded.

*THEY USED MY IGNORANCE TO TRICK ME USING MY WRONGFULLY FILED NOTICE OF REMOVAL THAT I FILED IN STATE COURT WITHOUT FILING IN THE FEDERAL COURT BECAUSE THAT'S WHERE I THOUGHT I WAS SUPPOSED TO FILE IT IN CASE# 2010-61928-CA01 EFILED 06/19/23 AND THE JUDGE NEVER RESPONDED TO IT. THEN I WAS TOLD BY A FRIEND THAT I HAD TO FILE IT IN FEDERAL COURT FIRST. SO WE FILED A NOTICE OF REMOVAL FOR ME MAURICE SYMONETTE AND MACK WELLS CASE# 23-CV-22640-JEM IN FEDERAL COURT 07/14/23 THEN JUDGE JOSE MARTINEZ ASKED FOR PROOF OF JURISDICTION, 08/03/23 WE GAVE THE JURISDICTION MEMORANDOM 08/07/23. AND I FILED ANOTHER CORRECTED NOTICE OF REMOVAL TO FIX THE FIRST BECAUSE I WAS ADDING ALL OF THE FEDERAL PROOF THAT THIS CASE HAS FEDERAL JURISDICTION 07/31/23! AND THIS IS WHERE THE U.S. BANK LAWYERS TRICKED US, HOW? BECAUSE U.S. BANK'S LAWYERS FILED IT AS A U.S.*

***BANK N.A. NOTICE OF REMOVAL*** *WITH A NEW CASE NUMBE,R CASE 23-CV-22848 BY GIVEN A FAKE RECEIPT OF 402.00, Exh. 22. WITH NO BLUE TYPED CASE INFO WRITTEN ACROSS THE TOP OF THE DOCUMENT, LIKE ALL OTHER FEDERAL DOCUMENTS HAVE, SO THAT I WOULD BE TRICKED INTO THINKING THIS WAS THE CORRECT CASE AND THEN IT WAS MISTAKENLY FILED IN THE STATE CASE# 2010-61928-CA01 AND FILED ON THE SAME DAY I FILED IN IT IN FEDERAL COURT AS THE STATE COURT 07/31/23. SO THAT THEY COULD HIDE THEIR FRAUDULENT ACTIONS. THEN THEY FORGED A REMAND ORDER BACK TO THE STATE COURT, 08/23/23 USING THE VERY SAME VERBAGE AS THE* ***ORDER REQUIRING BRIEFING CONCERNING THIS COURTS JURISDICTION,*** *08/03/23 EXCEPT AT THE END OF THE LAST TWO PARAGRAPHS OF EACH OF THE ORDERS, ONE SAYING JURISDICTION AND THE OTHER SAYING REMAND, SO THAT THEY COULD CONTINUE THE PROCESS OF STEALING OUR HOME IN STATE COURT BY FORECLOSING ON THE HOUSE BY CLAIMING THAT THERE WAS TWO NOTICES OF REMOVALS AND THAT THE FIRST CASE WAS REMANDED ALREADY AND THEY KNEW WE WOULD THINK THAT THE FIRST CASE WOULD BE THE CASE I FILED IN THE STATE COURT CASE# 2012-61928-CA01 06/19/23 OR EVEN THE FIRST CASE TO BE REMANDED, CASE# 23-CV-22848 THAT NEVER REALLY EXCISTED. AND YET THE ORIGINAL NOTICE OF REMOVAL, CASE# 23-CV-22640-JEM AND IS STILL ONGOING AND HAS NEVER BEEN REMANDED AND IS STILL ACTIVELY OPERATING IN REMOVAL MODE, CASE# 23-CV-22640-JEM, YET WE HAVE THEM DOING FORECLOSURE SALES, OBJECTION HEARINGS, THEY ALONG WITH THE CLERK OF THE COURTSPASSED THE TITLE ILLEGALLY BY SAYING WE DIDN'T OBJECT WITHIN TEN DAYS WHICH IS AN ABSOLUTE LIE WE OBJECTED BECAUSE WE*

*HAD AN OBJECTION HEARING TO VOID THE SALE BECAUSE OF OUR NOTICE OF REMOVAL STAY CASE# 2010 61928-CA01 BUT THEY ARE JUST BREAKING EVERY RULE AND LAW TO RUN US AND THE FEDERAL LAW OVER. AND ALSO THERE MUST BE SOMEBODY WORKING IN THE FEDERAL CLERKS DEPT. WITH THEM BECAUSE SOMEOME SWITCHED THE FRONT PAGE OF OUR EMERGENCY MOTION TO VOID SALE WITH OUR ANSWER TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE. NOW AIN'T THAT AMAZING IT WOULD WORK FOR THEM BUT NOT US SLAVES THIS IS A DAMNED SHAME! AND DON'T WORRY THESE LAWYERS ARE PROTECTING THE JUDGE BY GIVING HIM OR HER PLAUSIBLE DENIABILITY BY SIGNING (FORGING THEIR SIGNATURES) FOR THEM AND JUST TAKE PROPERTY LIKE OURS WITHOUT EVER SHOWING THE ALLONGE OR THE ASSIGNMENT OR ANY PROOF THAT THEY OWN THE ANYTHING! EVENTHOUGH WE NEVER MISSED A PAYMENT, Exh. 28. 1-5, ON THE REAL MORTGAGE BY USING THE FAKE NOTICE OF REMOVAL CASE WITH FORGED ORDERS, GIVING FAKE RECEIPTS WITH NO BLUE TYPED CASE INFO WRITTEN ACROSS THE TOP OF THE DOCUMENT, Exh. 22. LIKE ALL DOCMENT AND RECEIPTS ON FED CASES ON THE DOCKET, Exh. 23, 24 AND 25., FAKE REMAND LETTERS MAILED TO STATE COURT WITH NO COMPLETED STATE CASE NUMBER, EXAMPLE, OUR STATE CASE NUMBER IS 2010-61928-CA01 NOT AS WRITTEN ON THE FEDERAL LETTER TO THE STATE, 010-61928-CA01, HOW OBVIOUS CAN THEY BE, Exh. 23 PAGE 1 AND 2. AND PUTTTING IN FAKE MOTIONS FROM US TO RECUSE JUDGE JOSE E. MARTINEZ WITH NO SIGNATURES FROM MACK WELLS OR MAURICE SYMONETTE SEE: CASE# 23-CV-22848 DATED 08/23/23, TO MAKE THE CASE LOOK LIKE IT'S ONGOING FRAUDULENTLY, TO CONFUSE AND GIVE THE FAKE REMAND CREDANCE. S0 THAT THEY CAN OPERATE IN THE DARK (UNDER ANOTHER CASE NUMBER AND NAME) AND JUST STEAL OUR PROPERTY WITHOUT EVER SHOWING PROOF THAT*

***THEY OWN THE NOTE OR MORTGAGE WHILE WE WERE MAKING ALL THE PAYMENTS ON TIME WITH***
***THE RECIEPTS AS PROOF WHICH IS ONE OF THE MAIN REASON THAT THIS CASE WAS DISMISSED WITH***
***PREJUDICE IN 2009! WOW WE HAVE NO RIGHTS!***

Judge Martinez did not sign a Remand from a U.S. BANK N.A. to go against Mack Wells and
Maurice Symonette to affect our filed corrected Amended Notice of Removal and Complaint
under the Case# 23-cv-22640-JEM dated 07/14/23. wherein Judge Martinez asked us to show
why the Federal Courts had Jurisdiction to Remove this Case to Federal Court as seen in case#
23-cv-22640-JEM Dated 08/03/23  we showed our Jurisdiction 08/07/23  and then we filed our
notice of compliance for the Notice of Removal and Complaint 10/12/23, then we filed our
Notice of Removal in County Court Case# 1010-61928-CAO1, 10/13/23, 10/14/23 and 10/15/23
and the Clerks tried to keep our filings off the Docket even though we EFiled the Notice of
Removal but it would not show on the ***DADE DOCKET*** several times, Exh. 19.  and we gave it to
the Clerk at the Clerk's Counter on Camera and gave it to Judge Carlos Lopez direct as admitted
by the HEAD CLERK after we showed her the video proof then they put the Notice of Removal
Filings on the DADE DOCKT for Oct. 13th ,14th, and 15th, before the Oct. 16th Sales Date but they
allowed the Sale to go anyway in Violation Federal Stay Law 28 U.S. CODE SS 1446 (d) on video
gods2.com 1G-18. and 19. in the County Case# 1010-61928-CAO1 and they did the Sale anyway
in Violation of 28 US CODE SS 1446(d). US BANK knew were in the NOTICE OF REMOVAL Court
because US BANK did a motion for extension of time     from Federal case# 23-cv-22848 so we
went to the Federal Court and got the Correct Case# Notice of Removal under Federal Case#
23-cv-22640-JEM and tried to E-File it three days in a row as seen on the Docket of Case# 2010-
61928-CA01 dated Oct.13th , 14th and 15th and they would not allow it on the Docket Exh.2. So

we had to go to the Court house and File it in person the day before which was Oct.15th and the day of Oct.16th the day of the Sale as seen on Gods2.com vid. 1G-18 and gave it to the Judge and his Baliff as seen on Video 1H and yet they allowed the house to sell anyway in violation of Federal Law 28 U.S. Code SS 1446 (d) which stops all State action immediately we objected to the Sale and Judge Carlos Lopez immediately stopped being the Judge and Judge Spencer Eig became the Judge and we pointed out to him that this case has already been Removed to Federal Court and its still in Federal Court and Judge Eig Went against 28 U.S. Code SS 1446 (d) and went against the 3rd DCA Appellate Court Garcia V. Deutsche Bank Nat'l Trust Co., of the which says once a Notice of Removal is Filed all State actions stops which is totally binding on Judge Spencer Eig of the 11th Judicial Circuit Court from the Federal Courts and the 3rd DCA Appellate Court.

But the most important thing to remember is that this case# 23-cv-22640 has never been Remanded since July 14th until right now therefore there's a Federal Stay and all this State Court activity is in violation of 28 U.S. CODE SS 1446(d) and (a). and must be voided. Or are you saying Black people have no rights according to Jim Crow and the Southern Black Code which says that Black People are not allowed to own property these Lawyers must be Sanctioned, punished and jailed Luke 11:47-56 and 2Thess. 2:1-11, says the lawless ones must be revealed and moved out of the way who break all laws and hold themselves not guilty, Zech. 11:5. I am ELAM AKA Maurice Symonette, See Gods2.com video# 1 J.

WHEREFORE, Defendant requests the entry of an order, on an emergency basis, to VOID the sale until the matter under 23-CV-22640 is remanded back from the

federal court, sustain the objection to the sale or any other relief this Court deems just and proper.

## CERTIFICATION OF EMERGENCY

After reviewing the facts and researching applicable legal principles, I certify that this motion In fact presents a true emergency ( as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. Because they have Illegally passed the Title moving towards a writ of possession to cause us to lose the house because of Rule 87 that only allows you to get money if you prevail and not the property that we have worked so hard on. I understand that an unwarranted certification may lead to sanctions.

| | |
|---|---|
| _____ | _____ |
| MACK WELLS | MAURICE SYMONETTE |
| 15020 S. RIVER DR. | 15020 S. RIVER DR. |
| MIAMI FL. 33167 | MIAMI FL. 33167 |

the federal court, JAIL and Sanction Lawyers and U.S. BANK N.A. and VOID the sale

or any other relief this Court Deems just and proper.

## CERTIFICATION OF EMERGENCY

After reviewing the facts and researching applicable legal principles, I certify that this motion In fact presents a true emergency ( as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. Because they have Illegally passed the Title moving towards a writ of possession to cause us to lose the house because of Rule 87 that only allows you to get money if you prevail and not the property that we have worked so hard on. I understand that an unwarranted certification may lead to sanctions.

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167