# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 23-CV-22640-JEM

MACK WELLS and

MAURICE SYMONETTE

Plantiff,

VS

U.S. Bank, National Association
As Trustee for FASC 2005 AHL3

Defendant.

_____/

FILED BY _____ D.C.

MAY 10 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO DISMISS REMAND BECAUSE THAT CASE WAS FILED ON

## BEHALF OF A COMPANY CALLED U.S. BANK

Comes now Mack Wells and Maurice Symonette with Motion To Dismiss Remand case#23-cv-22848 07/31/2023, while the original case that was filed 07/14/23 was ongoing on the case#23-cv-22640-JEM Because That Case Was Filed on Behalf of A Company Called U.S. Bank. N.A. A Corporation must not proceed in the Court other than by a lawyer Federal Rule 4.01(2). The Case was filed with U.S. Bank as the Plaintiff and us as the Defendants with no Attorney Signature. A Corporation can't proceed in Court other than By a Lawyer, so this is totally Illegal and the **REMAND** must be dismissed because all of this is Fraud.

MAURICE SYMONETTE
15020 S. River Dr.
MIAMI FL. 33167
Sui Juris

MACK WELLS
15020 S. River Dr.
Miami Fl. 33167
Sui Juris