UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,

V.

U.S. BANK, NATIONAL ASSOCIATION;
Et al.,

Defendants.

CASE: ~~23-CV-22848-JEM~~   23-CV-22640-JEM

FILED BY _____ D.C.

JUL 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)    Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule***

### _2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !_

Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FINANCIAL DISCLOSURE REPORT, for 2021 Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business** U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.P & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case

without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court  so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received  a  $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest  So she must recuse herself and vacate his Order, Exhibit, O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, EXH. I.


## FACTS


1. On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit.A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests

on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H)  and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jose E. Martinez was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jose E. Martinez has creditor loan history and business with Plaintiff U.S BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Judge Jose E. Martinez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of that proceedings when the Defendant "ultimately  prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from U.S. BANK

1. JUDGE DARRIN P. GAYLES Exhibit, F.
2. THOMAS WILLIAMS Exhibit, P.
3. JUDGE VALERIE MANNO SCHURR'S RECUSAL Exhibit, O

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the June 25, 2010 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers. Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons, state

_____

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

MAURICE SYMONETTE
15020 S. RIVER DR.
Miami, FL 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 27th day of August, 2023 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly

discovered whistle blower information and records regarding millions of dollars in

exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks

and Court officers in this action. Exhibit, O. GMAC Also

does not own

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 9 | MARTINEZ, JOSE | 05/09/2022 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1.  CAPITAL ONE | A | Interest | M | T | | | | | |
| 2.  AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | | |
| 3.  IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | | |
| 4.  IBERIA BANK - CHECKING(X) | A | Interest | M | T | | | | | |
| 5.  FIRST CITIZENS(X) | A | Interest | M | T | | | | | |
| 6.  AMERICAN ELECTRIC | A | Dividend | J | T | | | | | |
| 7.  DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | | |
| 8.  SOUTHERN COMPANY | B | Dividend | L | T | | | | | |
| 9.  EVERGY INC | A | Dividend | K | T | | | | | |
| 10. MCDONALDS CORPORATION | A | Dividend | K | T | | | | | |
| 11. SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | | |
| 12. USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A | |
| 13. | | | | | Sold (part) | 03/05/21 | J | A | |
| 14. USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy (add'l) | 12/20/21 | J | | |
| 15. USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold (part) | 08/26/21 | K | A | |
| 16. | | | | | Buy (add'l) | 12/20/21 | J | | |
| 17. USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy (add'l) | 12/20/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# IBERIA BANK IS FIRST HORIZON

**First Horizon Bank, which acquired IberiaBank, agrees with TD Bank...**

May 4, 2023 - First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday it has mutually agreed with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First...

# SUNTRUST IS FIRST HORIZON

https://www.bizjournals.com › charlotte › news › 2020 › ...

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based First Horizon National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend....

# SUNTRUST IS US BANCORP

https://www.reuters.com › article › usbancorp-bbank-idUSBNG54IB720091014

**U.S. Bancorp to buy BB&T's select Nevada branches | Reuters**

Oct 14 (Reuters) - U.S. Bancorp USB.N said it signed a deal with BB&T Corp BBT.N to buy about $800 million in deposits of certain branch locations of BB&T's Nevada banking operations for an...

# US BANCORP IS USBANK

U.S. Bancorp - Wikipedia                                     https://en.wikipedia.org › wiki › U.S._Bancorp

**WIKIPEDIA**
The Free Encyclopedia

## U.S. Bancorp

Text

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth-largest

U.S. Bancorp



Exh.F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-22231-GAYLES

CARL ERICKSON

    Plaintiff,

v.

RALPH W. CONFREDA, JR., et al.,

    Defendants.

_____

## ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2019.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Exh.G

# U.S. Bancorp

文A 21 languages ∨

Article   Talk                                                                                   Read   Edit   View history   Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] It is ranked 117th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History  [ edit ]

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to First Bank System in 1968.[9]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[9] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[9] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[9]

**U.S. Bancorp**



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| **Type** | Public company |
| Traded as | NYSE: USB ⬈<br>S&P 100 component |

Exh.H

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE, COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

| | |
|---|---|
| | CASE NO.  10- 61928-CA-01 |
| U S BANK (NA) | Section No.  05 |
| | CIVIL DIVISION |
| Plaintiff(s) | JAMES KAISHAS |
| vs. | |
| WILLIAMS, LEROY | Motion, Notice and |
| LITTLEJOHN, JAMES | |
| WILLIAMS, HOKE | Judgment of Dismissal |
| Defendant(s) | |

### ORDER ON MOTION TO DISMISS
### FOR LACK OF PROSECUTION

THIS CAUSE having come on to be heard pursuant to Rule
1.420 of the Fla.R.Civ.P. and the Court being fully advised in
the premises.

|__| THE COURT FINDS that no party opposing the motion to dismiss
|__| for lack of prosecution having appeared as ordered and
demonstrated the existence of the requisite record activity or
that action had been stayed nor having timely filed a showing
of good cause in writing, if required, and therefore, in the
absence of any evidence to the contrary, the Court finds that
(1) notice prescribed by Rule 1.420(e) was timely served; (2)
there was no record activity during the 10 months immediately
preceding service of the foregoing notice; (3) there was no
record activity during 60 days immediately following service of
the foregoing notice; (4) no stay has been issued or approved by
the Court; and (5) no party has shown good cause why this action
should remain pending;

THEREFORE, IT IS ORDERED that this action is dismissed for lack of prosecution.

|✓| THE COURT FINDS good cause why this action should remain pending;
|✓| therefore, IT ORDERED AND ADJUDGED that the Motion to Dismiss for Lack of
Prosecution pursuant to Florida Rule of Civil Procedure 1.420(E), is hereby
DENIED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this _____ day of
_____ 2012.

_____
Circuit Court Judge

cc:    Counsel/Parties of Record

Marc Schumacher
Circuit Court Judge

**If you are a person with a disability who needs any accommodation in
order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact the Eleventh
Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse
Center, 175 NW 1st Ave., Suite 2702, Miami, FL. 33128, Telephone
(305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days
before your scheduled court appearance, or immediately upon receiving
this notification, if the time before the scheduled appearance is less than
7 days; if you are hearing or voice impaired, call 711.**

452

Exh.I

# FORM 6    FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS    2008

**COMMISSION ON ETHICS**
**DATE RECEIVED**

JUN 2 6 2009

```
*****AUTO**3-DIGIT 331 T2  F2     8
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
Dade County Courthosue Rm 1105
73 W Flagler St
Miami, FL  33130-1731
```

PROCESSED

FOR OFFICE
USE ONLY:

ID Code

ID No    **210380**

Conf. Code

P. Req. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2008, or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 200**8** was $ _2,800,357.00._

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ _150,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home located in Miami-Dade (Former Residence) | 700,000.00 |
| Home located in Miami-Dade (Residence) | 2,400,000.00 |
| Vail Colorado Condominium / Eagle Cnty, Colorado | $ 300,000.00 |
| Bank Accounts, Stocks, Bonds / Pension Accounts | $ 600,000.00 |
| Mercedes Benz 380 mL | $25,000.00 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Mortgage (Former Residence) P.O. Box 900179, Louisville, Ky. – | 91,438.00 |
| GMAC Mortgage (Residence) (1st & 2nd Mortgages) P.O. Box 4622, Waterloo, Ia | 995,000.00 |
| Wells Fargo Home Mortgage (Vail Property) P.O. Box 650769, Dallas, Tx | 129,000.00 |
| Huntington National Bank (Mercedes) P.O. Box 182579 | 9,205.00 |

Columbus, Ohio 4328-2579

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | |
| | |

CE FORM 6 - Eff. 1/2009     (Continued on reverse side)     PAGE 1

Exh.J

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2007-12407-cal

April 1.2010

US Bank N.A.,
Plaintiff(s)

Vs.

Leroy Williams
Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11.2008. The court finds that (1) notice prescribed by rule 1.40 (e)
Was served on April 11.2008. (2) their was no record activity for the year preceding
Service of the foregoing notice; (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action is Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chambers, at Miami, dade county, Florida this 31th day of
March , 2010.

APR 06 20··        APR 06 2010

_____
CIRCUIT COURT JUDGE

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

CC-Allpacthes

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

MONA BRUNO #79806

Bk 27244 Pg 4193 CFN 20100237159 04/09/2010 12:47:17 Pg 1 of 1 Mia-Dade Cty, FL

Exh.K

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK, N.A.,
    Plaintiff,

                              CASE NO.   2007-12407-CA
                              DIVISION    32
vs.

SPACE FOR RECORDING ONLY

LEROY WILLIAMS; MARK WELLS; FRANKLIN
CREDIT MANAGEMENT CORPORATION; CITY
OF NORTH MIAMI;
      Defendant(s).

## FINAL ORDER DISMISSING CASE, CANCELING FORECLOSURE SALE, CANCELING NOTICE OF LIS PENDENS, AND SETTING ASIDE FINAL SUMMARY JUDGMENT AND SUBSTITUTING PHOTOSTATIC COPIES

THIS CAUSE having come on before the Court, ex parte, pursuant to the Motion filed by the Plaintiff, pursuant to Section 702.07 Florida Statutes (2005), and the Court being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED as follows:

1.     The case be and the same hereby is dismissed, but without prejudice to the future rights of the Plaintiff to bring an action to foreclose the mortgage which is the subject matter of the instant cause.

2.     All Counts of the Complaint against Defendants: LEROY WILLIAMS; MARK WELLS; FRANKLIN CREDIT MANAGEMENT CORPORATION; CITY OF NORTH MIAMI, are hereby dismissed;

3.     Any scheduled foreclosure sale is canceled.

Serial: 13666522
DOC_ID: M010502

FILE_NUMBER: F07012148





Exh.K pg.2

4.    The Notice of Lis Pendens filed by Plaintiff and recorded in the public records of MIAMI-DADE

County, Florida, regarding the below-described property:

LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 46, OF
THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

be and same hereby is canceled, vacated, discharged and shall be of no further force or effect, and the Clerk is hereby

directed to record this Order to reflect same.

5.    The Final Summary Judgment heretofore entered on August 09, 2007, be and the same hereby is set

aside and shall be of no further force or effect.

6.    The Plaintiff requests that the original Note and Mortgage be returned to the Plaintiff and

photostatic copies shall be substituted in their place.

DONE AND ORDERED in Chambers in MIAMI-DADE County, Florida, this _____ day of

_____, 2010.

JUN 2 3 2010

VALERIE R. MANNO SCHURR
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

Copies furnished to:
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
All parties on the attached service list.
F07012148 – M010502
GMAC-CONV--sbiven

Exh. L

# FORM 6   FULL AND PUBLIC DISCLOSURE OF
## FINANCIAL INTERESTS

2009

**PROCESSED**

COMMISSION ON ETHICS
DATE RECEIVED

FOR OFFICE USE ONLY:

JAN 2 6 2010

II
Hon Valerie R. Manno Schurr
Circuit Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
73 W FLAGLER ST DADE COUNTY COURTHOSUE RM
1105
MIAMI, FL 33130

ID Code

ID No.     210380

Conf. Code

P. Reg. Code

Manno Schurr , Valerie R.

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2009, or a more current date  [Note  Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3 ]

My net worth as of _December 31_, 20 09 was $ 3,351,650.∞

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000  This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use

The aggregate value of my household goods and personal effects (described above) is $ 150,000.∞

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence in Miami - Dade County (Pinecrest) | 2,500,000.00 |
| Vail Colorado Condominium / Eagle County | 350,000.00 |
| Bank Accts, Jersey, Brokerage Accounts / Bank of America, Wachovia | 650,000.00 |
| Scrib Bridge River | 64,000.00 |

## PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| GMAC Credit Line / PC Box 4622 Waterloo, I A | 410,000.00 |
| Wells Fargo PC Box / 11 Box 6595, Dallas, Tx | 105,000.00 |
| Chase Financial Group / PC Box 78067, Phoenix Az 85062 | 24,350.00 |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| None — | |

CE FORM 6 - Eff. 1-2010          (Continued on reverse side)          PAGE 1

Exh.M

IN THE CIRCUIT COURT OF THE
JUDICIAL CIRCUIT IN AND
FOR DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

April 11 2009

US Bank N.A.
   Plaintiff(s)

Vs.

Leny Williams
   Defendant(s)

ORDER OF DISMISSAL WITH PREJUDICE

This action was heard on the defendants motion to dismiss for lack of prosecution
Served on April 11 2008. The court finds _____ notice prescribed by rule 1.420(e)
Was served on April 11 2008, (2) their was no record activity for the year preceding
Service of the foregoing notice, (3) no stay has been issued or approved by the court
And (4) no party has shown good cause why this action should remain pending.
Accordingly,
IT IS ORDERED That this action _____ Dismissed for lack of Prosecution with Prejudice
DONE AND ORDERED in chamber at _____ Miami, dade county, Florida this 11th day of
March , 2009

_____
SARAH I. ZABEL
Circuit Court Judge

Copies furnished to:
Echeverria, Codilis & Stawiarski
P.O. Box 25018
Tampa, Florida 33622-5018
All parties on the attached service list
FRSH-SEECOMM-CONV-e-a/09Ha-F0780246

Exh.N

| | | Date | Book:Page | Description | Type | Details |
|---|---|---|---|---|---|---|
| 🖹 | | 01/27/2011 | | Service Return for Unknown Party | Event | |
| 🖹 | 57 | 01/25/2011 | | Service Return for Unknown Party | Event | **LEROY WILLIAMS** |
| | | 01/25/2011 | | Service Return for Unknown Party | Event | |
| 🖹 | | 01/25/2011 | | Summons Returned – No Service | Event | Parties: Williams Hoke |
| 🖹 | | 01/25/2011 | | Summons Returned – No Service | Event | Parties: Williams Leroy |
| 🖹 | | 01/25/2011 | | Summons Returned – No Service | Event | Parties: Littlejohn James |
| 🖹 | | 12/27/2010 | | Answer | Event | **ATTORNEY:00301991 TO THE COMPLAINT** Parties: Miami Dade County |
| 🖹 | | 12/09/2010 | 27515:1498 | Lis Pendens | Event | **B: 27515 P: 1498** |
| 🖹 | | 12/06/2010 | | Verification | Event | |
| 🖹 | | 12/06/2010 | | Plaintiff's Certificate of Settlement Authority | Event | |
| 🖹 | | 12/06/2010 | | Certificate Regarding Original Note | Event | |
| | | 12/06/2010 | | Summons Issued | Event | Parties: Williams Leroy; Littlejohn James; Williams Hoke; Deutsche Bank (na) (tr); Wells Fargo Bank (na); Wachovia Bank (na) |
| 🖹 | | 12/06/2010 | | Filing Fee For Mortgage Foreclosure | Event | $ 1906.00 |
| 🖹 | | 12/06/2010 | | Complaint | Event | |
| 🖹 | | 12/06/2010 | | Civil Cover | Event | |

Filing # 142403620 E-Filed 01/21/2022 11:32:41 AM

Exh.O

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-010826-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

MAURICE SYMONETTE

Plaintiff(s)

vs.

U.S. BANK NATIONAL ASSOCIATION (TR) et al

Defendant(s)

_____

### ORDER OF RECUSAL

**THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.
2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this 21st day of January, 2022.

2021-010826-CA-01 01-21-2022 11:24 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Exh.P

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.  2019-030415-CA-01
SECTION: CA 20

JAMES BUCKMAN
    Plaintiff(s),
vs.

LANCASTER MORTGAGE CO.
    Defendant(s).

REASSIGNED BY BLIND
FILED TO SECTION     CA 02
ARE ORDER OF ADM. JUDGE
THIS DATE     OCT 17 2019

ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises, it is hereby:

ORDERED AND ADJUDGED

1.  That the undersigned Circuit Court Judge hereby recuses himself from further
    consideration of this case.

2.  This case shall be reassigned to another section of the Circuit Civil Division in
    accordance with established procedures.

DONE AND ORDERED in chambers, at Miami Dade County, Florida, this 17th day of

October, 2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List:
JAMES BUCKMAN, 1977 NE 119TH. RD. MIAMI, FL 33181
MAURICE SYMONETTE, 4711 L J PARKWAY, UNIT 4208, SUGARLAND, TX 77479
LANCASTER MORTGAGE CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A 8
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +