*Exh. 16*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,

~~CASE: 23-CV-22848-JEM~~   *CASE: 23-CV-22640-JEM*

V.

U.S. BANK, NATIONAL ASSOCIATION, Et al.,

Defendants.

_____/



FILED BY _____ D.C.

JUL 1 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- ***2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*** Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FINANCIAL DISCLOSURE REPORT, for 2021 Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank which is US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK.** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because of Conflicts Of Interest. None of these Judges or Attorney's can do anything with the State Court because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's were wasting all of the time Exh H. not us but we were never given that opportunity and Judge Lopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was

directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, Exh.. I.

## FACTS

1 . On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit.A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).***Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1)A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*** Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and

them money Illegally. Here's proof.

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

## FACTUAL BACKGROUND

reasonable person would question the judge's impartiality.Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and*Section 455(b) he shall also disqualify himself in the following circumstancess.*

## CONCLUSION

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small*

This Motion for Relief by vacating orders and the stay rules Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Orders, due to cited improper financial conflictsof interest, Judge Jose E. Martinez is incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.Judge Jose Martinez has history and business with Plaintiff U.S Bank that caused preferential Quid Pro *Quo* treatment by his.sua <u>Orders.</u> Judge Jose Martinez has significant exposed investor financial interests in the subject matter in controversy and with Plaintiff U.S. Bank that will be substantially negatively affected by the outcome ofthat proceedings when the Defendant "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property! Example of Judges who already recused themselves from U.S. BANK

1.JUDGE DARRIN P. GAYLES Exh. F., 2.THOMAS WILLIAMS Exh. P. 3.JUDGE VIVIAN DELRIO 4.JUDGE VALERIE MANNO SCHURR'S RECUSAL Exh. O.

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla.Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>June. 25,</u> 2010 Final <u>judgment Order [Ex. J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers. Said Reopening Relief would require the vacatingof his order and Recusal of Judge Valerie Schurr from this and any future related U.S.BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allowthe filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

MAURICE S Ymonette
15020 S. River DR,
Miami FL. 33167

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 27th day of August, 2023 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June. 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also does not own

# Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT

OF RELIEF AND RECUSAL OFF OF THIS CASE AND REVRT BY VACATING HIS ORDER

AND MEMORANDUM OF LAW. THIS IS AN ORIGINAL AFFIDAVIT DO NOT SEAL THIS

AFFIDAVIT AND YOU MUST RECUSE YOURSELF BECAUSE YOU HAVE A CONFLICT OF

INTEREST WITH U.S. BANK, DEUTSCHE BANK,J.P. MORGAN, WELLS FARGO,

SUNTRUST & BB&T BANK. AND I AM A WITINESS THESE EXHIBIT'S 1 THROUGH 19,

ALL ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF JUDGE

JOSE E. MARTINEZ.



DENARI WILLIAMS
Notary Public
State of Florida
Comm# HH367752
Expires 2/28/2027

SIGNED, _M. L. Wells_

MACK WELLS
15020 S. RIVER DR
MIAMI FL. 33167

I _Denari Williams_ NOTARIZED THIS LETTER ON BEHALF OF MACK

WELLS WHO SIGN BEFORE ME ON THIS 20TH DAY OF MARCH, 2024 WHICH PRODUCED FLORIDA

DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.