UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22640-CIV-MARTINEZ-SANCHEZ

MACK WELLS and MAURICE
SYMONETTE,

    Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,
*et al.*,

    Defendants.
_____/

## ORDER STAYING CASE

**THIS MATTER** comes before the Court *sua sponte*. The Court has recently learned that both this Court and Magistrate Judge Eduardo I. Sanchez have been named as defendants in a state-court action (*Mack Wells and Maurice Symonette v. U.S. Bank N.A., et al.*, Case No. 2024-012330-CA01 (Fla. 11th. Cir. Ct.)) that was filed by the Plaintiffs in this case. That civil action was removed to federal court pursuant to 28 U.S.C. §§ 1442(a)(1) and (3) and is presently pending before United States District Judge Rodolfo A. Ruiz of the Southern District of Florida. *Mack Wells and Maurice Symonette v. U.S. Bank N.A., et al.*, Case No. 24-23015-CIV-RUIZ (S.D. Fla.).

Although it does not presently appear to the Court that recusal—by either this Court or by Magistrate Judge Sanchez—is warranted pursuant to 28 U.S.C. § 455 or 28 U.S.C. § 144 based on that collateral litigation, the Court is nonetheless temporarily staying and administratively closing this case so that the Court can more fully evaluate that nascent collateral litigation and ensure that there is nothing about that litigation that is not presently apparent that would provide any basis for a recusal in this case.

Accordingly, this case and all pending motions are hereby **STAYED** for 90 days, and the Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case. The Clerk of Court shall automatically **REOPEN** this case after 90 days absent further instruction from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of August, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record
Mack Wells, *pro se*
Maurice Symonette, *pro se*