UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-22640-MARTINEZ-SANCHEZ

**MACK WELLS and**
**MAURICE SYMONETTE,**

    Plaintiffs,

  v.

**U.S. BANK, et al.,**

    Defendants.

_____ /

## DEFENDANT MIAMI-DADE COUNTY CLERK OF COURT AND COMPTROLLER'S MOTION TO LIFT THE STAY

    Defendant Juan Fernandez-Barquin, Clerk of the Court of the Eleventh Judicial Circuit and Comptroller of Miami-Dade County, Florida ("Defendant Clerk"),[1] by and through his undersigned counsel, respectfully moves the Court to lift the stay of this action. In support thereof, Defendant Clerk states as follows:

    1.    On July 14, 2023, Plaintiffs filed their initial complaint, asserting claims against Defendant Clerk, Judge Bronwyn Miller, Judge Edwin Scales, Judge Miguel de la O, Judge Valerie Manno Schurr, Judge Samantha Cohen, Judge Carlos Lopez, Judge Jennifer Bailey, Judge Vivianne Del Rio. U.S. Bank National Association as Trustee for RASC 2005AHL3, and Mortgage Electronic Registration Systems, Inc. (collectively, the "Defendants"), in connection

---

[1] Defendant Clerk is the successor to the late Harvey Ruvin.

with a Florida state court foreclosure action of real property located at 15020 S. River Dr., Miami, FL 33167.

2. The Defendants filed motions to dismiss, and as of May 3, 2024, the motions are fully briefed and ripe for resolution. *See* D.E. 30–31, 33, 36, 40, 44–45.

3. On July 5, 2024, Plaintiffs filed a separate Florida state court action, naming this Court and Magistrate Judge Eduardo I. Sanchez as defendants, as well as the Defendants (the "State Court Action"). *Mack Wells & Maurice Symonette v. U.S. Bank N.A. et al.,* No. 2024-012330-CA-01 (Fla. 11th Cir. Ct.).

4. Pursuant to 28 U.S.C. §§ 1442(a)(1) and (3), the State Court Action was removed to the United States District Court for the Southern District of Florida (the "24-23015 Action"). *Mack Wells & Maurice Symonette v. U.S. Bank N.A., et al.*, No. 24-23015-CIV-SC (S.D. Fla.).

5. On August 15, 2024, this Court entered an order "temporarily staying and administratively closing this case so that the Court can more fully evaluate that nascent collateral litigation [the 24-23015 Action] and ensure that there is nothing about that litigation that is not presently apparent that would provide any basis for a recusal in this case" (the "Stay Order"). D.E. 79.

6. On October 4, 2024, the 24-23015 Action was dismissed with prejudice, as "there [was] no actual cause of action or claim asserted against any Defendant." *Opinion and Order of Dismissal*, D.E. 26, *Mack Wells & Maurice Symonette v. U.S. Bank N.A., et al.*, No. 24-23015-CIV-SC (S.D. Fla.).

7. With the dismissal with prejudice of the 24-23015 Action, the basis for the Stay Order no longer exists. As such, this Court should lift the Stay Order to allow for prompt resolution of this Action.

WHEREFORE, for the foregoing reasons, Defendant Clerk respectfully requests that this Court grant this Motion, lift the stay, reopen this action, and award any other relief this Court deems just and proper.

Dated: October 18, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Tel. 305.374.8500
Fax: 305.789.7799

By: */s/Jose A. Casal*
Jose A. Casal (FBN 767522)
Email: jose.casal@hklaw.com
Secondary email: josie.vila@hklaw.com

*Attorneys for Defendant Juan Fernandez-Barquin, Clerk of the Court of the Eleventh Judicial Circuit and Comptroller of Miami-Dade County, Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served on this date on all counsel of record or pro se parties identified below in the manner specified:

Maurice Symonette
Mack Wells
15020 S. River Drive
Miami, FL 33167
*Via U.S. Mail*

                 By:/s/ Jose A. Casal
                 Jose A. Casal