UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22640-JEM

MACK WELLS and MAURICE
SYMONETTE,

      Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005 AHL3, *et
al.*,

      Defendants.

_____/

**DEFENDANTS U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF JOINDER IN DEFENDANT MIAMI-DADE COUNTY <u>CLERK OF COURT AND COMPTROLLER'S MOTION TO LIFT THE STAY</u>**

Defendants U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, the "Defendants") hereby serve notice of their joinder in Defendant Miami-Dade County Clerk of Court and Comptroller's Motion to Lift the Stay ("Motion to Lift the Stay") filed herein on October 18, 2024 [DE 81]. As a result of Defendants' positions and interests being aligned with that of Defendant Miami-Dade County Clerk of Court and Comptroller ("Clerk"), their arguments are identical to that of the Clerk. Accordingly, in the interest of judicial economy, Defendants hereby join in the Clerk's Motion to Lift the Stay and adopt the arguments asserted therein and incorporated them herein by reference.

Dated: <u>November 12, 2024</u>

                          Respectfully submitted,

                          **BLANK ROME LLP**
                          100 S. Ashley Drive, Suite 600
                          Tampa, Florida 33602
                          Telephone: 813.255.2324

Facsimile: 813.433.5352
E-Service: BRFLeservice@BlankRome.com

*/s/Michael R. Esposito*
Michael R. Esposito
Florida Bar No. 37457

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 12, 2024, with the Clerk of the Court by using the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF or the pro se parties identified below by U.S. Mail:

Maurice Symonette                    Mack Wells
15020 S. River Drive                 15020 S. River Drive
Miami, FL 33167                      Miami, FL 33136

*/s/Michael R. Esposito*
Michael R. Esposito