UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22640-JEM

MACK WELLS and MAURICE
SYMONETTE,

     Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR RASC 2005 AHL3, *et al.*,

     Defendants.

_____/

## NOTICE OF FILING APPELLATE CLERK'S ORDER OF DISMISSAL

Defendants U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2005AHL3 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, the "Defendants"), by and through their undersigned counsel, hereby file the attached copy of the Clerk's Order of Dismissal issued by the United States Court of Appeals for the Eleventh Circuit.

Dated: <u>July 1, 2025</u>

Respectfully submitted,

**BLANK ROME LLP**
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Telephone: 813.255.2324
Facsimile: 813.433.5352
E-Service: BRFLeservice@BlankRome.com

*/s/Michael R. Esposito*
Michael R. Esposito
Florida Bar No. 37457

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 1, 2025, with the Clerk of the Court by using the CM/ECF System. I also certify that the

140383.06815/154264749v.1

foregoing document is being served this day on all counsel of record via transmission of the Notice

of Electronic Filing generated by CM/ECF or the pro se parties identified below by U.S. Mail:

Maurice Symonette                        Mack Wells
15020 S. River Drive                     15020 S. River Drive
Miami, FL 33167                          Miami, FL 33136

                                         */s/Michael R. Esposito*
                                         Michael R. Esposito

140383.06815/154264749v.1